**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

HAROLD E. SUTTON,
      Plaintiff,

vs.                         CASE NO. 8:15-CIV-1065-T-EAK-EAJ

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,
   Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

This cause is before the Court on the report and recommendation (R&R) issued by

Magistrate Judge Elizabeth A. Jenkins on September 1, 2015 (Doc. 8).  The magistrate judge

recommended that the case be dismissed for failure to state a cause of action after allowing

the movant and opportunity to file an amended complaint.

## STANDARD OF REVIEW

When a party makes a timely and specific objection to a finding of fact in the report

and recommendation, the district court should make a <u>de novo</u> review of the record with

respect to that factual issue.  28 U.S.C. § 636(b)(1); **U.S. v. Raddatz**, 447 U.S. 667 (1980);

**Jeffrey S. v. State Board of Education of State of Georgia**, 896 f.2d 507 (11th Cir. 1990).

However, when no timely and specific objections are filed, case law indicates that the court

should review the findings using a clearly erroneous standard.  **Gropp v. United Airlines,**

**Inc.,** 817 F.Supp. 1558, 1562 (M.D. Fla. 1993).  No timely objections were filed.

The Court has reviewed the report and recommendation and made an independent review of the record.  Upon due consideration, the Court concurs with the report and recommendation.  Accordingly, it is

**ORDERED** that the report and recommendation (Doc. 8)  be **adopted** and **incorporated by reference** and this case be dismissed for failure to state a cause of action. The Clerk of Court is directed to close this case.

**DONE and ORDERED** in Chambers, in Tampa, Florida, this 21st day of September, 2015.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:
All parties and counsel of record
Assigned Magistrate Judge